
```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CHARLES NERO,               ) | Case No. CV 08-5670-SVW (PJW) |
|                             ) | |
|            Petitioner,      ) | |
|                             ) | ORDER ACCEPTING REPORT AND |
|       v.                    ) | ADOPTING FINDINGS, CONCLUSIONS, |
|                             ) | AND RECOMMENDATIONS OF UNITED |
| LEE BACA,                   ) | STATES MAGISTRATE JUDGE |
|                             ) | |
|            Respondent.      ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    6/24/09   .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~9336987.wpd